## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 98-M-2374 (Consolidated with 00-M-584 and 02-M-1618)(RPM)**

**FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,**

    **Plaintiff,**

**v.**

**EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado, and Effective Management Systems, Inc., a dissolved Nevada corporation;**
**THOMAS ALAN BOYD;**
**LORI A. BOYD;**
**CENTURY FINANCIAL GROUP, INC., a Delaware corporation;**
**DOUGLAS R. BAETZ;**
**GLENN M. GALLANT; and**
**BERWYN HOLDINGS, INC., a Delaware Corporation,**

    **Defendants.**

## ORDER

The Court having reviewed the foregoing Motion to Withdraw, and being of the opinion that good cause has been shown and that the motion should be granted.

IT IS HEREBY ORDERED that Susan G. Pray is permitted to withdraw as attorney of record for Plaintiff Federal Deposit Insurance Corporation in this cause.

Signed on November 18, 2005.

                                                s/Richard P. Matsch

                                                Richard Matsch
                                                U.S. District Court Judge