IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of Westbank, Boulder, Colorado and Effective Management Systems, Inc., a dissolved Nevada Corporation;
THOMAS ALAN BOYD;
CENTURY FINANCIAL GROUP, INC., a Delaware corporation;
DOUGLAS R. BETZ; and
GLENN M. GALLANT,
BERWYN HOLDINGS, INC., a Delaware corporation, and
LORI A. BOYD, an individual

    Defendants.

_____

ORDER DENYING MOTION TO LIFT STAY AND FOR SCHEDULING A STATUS CONFERENCE
_____

On April 11, 2007, Defendant Edward Mattar filed a request for lifting the stay and scheduling a status conference [485]. Defendant Mattar killed himself on November 2, 2007, the date on which he was to be sentenced in criminal case No. 03-cr-00232-RPM. Because of Mr. Mattar's death, it is

ORDERED that the motion [485] is denied.

DATED: September 27th, 2010

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge