IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 98-cv-02374-RPM (Consolidated with 00-M-584 and 02-M-1618) (BNB)

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado, and Effective Management Systems, Inc., a dissolved Nevada corporation; THOMAS ALAN BOYD; LORI A. BOYD; CENTURY FINANCIAL GROUP, INC., a Delaware corporation; DOUGLAS R. BAETZ; GLENN M. GALLANT; and BERWYN HOLDINGS, INC., a Delaware corporation,

    Defendants.

## ORDER ON FDIC-R'S MOTION TO LIFT STAY

Before this Court is the Motion to Lift Stay filed by the Federal Deposit Insurance Corporation as Receiver for BestBank, Boulder, Colorado ("FDIC-R").

On October 15, 2003, this Court entered an order staying this case pending the resolution of related criminal proceedings against the individual Defendants in this action and any subsequent order of this Court. Because the criminal cases against the individual Defendants are now resolved,[1] the Court finds there is good cause to lift the stay in this case.

---

[1] Although Defendant Glenn M. Gallant has the right to file a section 2255 petition on or before January 18, 2012, the Court finds that this contingency does not warrant maintaining the stay in the above-captioned action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREEED that the stay ordered by this Court on October 15, 2003, is hereby lifted.

Dated July 26, 2011

_____
United States District Judge