IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado and Effective Management Systems, Inc., a dissolved Nevada Corporation;
THOMAS ALAN BOYD;
CENTURY FINANCIAL GROUP, INC., a Delaware corporation;
DOUGLAS R. BETZ; and
GLENN M. GALLANT,
BERWYN HOLDINGS, INC., a Delaware corporation, and
LORI A. BOYD, an individual,

    Defendants.

___

## STAY ORDER
___

    Pursuant to the Status Report filed by the plaintiff on February 19, 2013, it is

    ORDERED that further proceedings in this civil action, including hearing on the plaintiff's Motion to Dismiss Counterclaims and the Motion for Reconsideration on the Order on Motion to Lift Stay filed by the defendants, are stayed, pending a further status report from the plaintiff after resolution of the appeals pending in the Tenth Circuit Court of Appeals.

    DATED:   March 22, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge