IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank,
Boulder, Colorado,

      Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder,
Colorado and Effective Management Systems, Inc., a dissolved Nevada Corporation;
THOMAS ALAN BOYD;
CENTURY FINANCIAL GROUP, INC., a Delaware corporation;
DOUGLAS R. BETZ; and
GLENN M. GALLANT,
BERWYN HOLDINGS, INC., a Delaware corporation, and
LORI A. BOYD, an individual,

      Defendants.

_____

ORDER ON RECOMMENDATION
_____

Pursuant to the Status Report [Doc. 516] filed May 26, 2015, it is

ORDERED that plaintiff shall file a status report on settlement negotiations on or

before August 25, 2015.

DATED:   May 27th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge