IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado and Effective Management Systems, Inc., a dissolved Nevada Corporation;
THOMAS ALAN BOYD;
CENTURY FINANCIAL GROUP, INC., a Delaware corporation;
DOUGLAS R. BETZ; and
GLENN M. GALLANT,
BERWYN HOLDINGS, INC., a Delaware corporation, and
LORI A. BOYD, an individual,

    Defendants.

_____

### ORDER ON RECOMMENDATION
_____

    Pursuant to the Status Report [Doc. 519] filed December 17, 2015, it is

    ORDERED that plaintiff shall file a status report on settlement negotiations on or before March 31, 2016.

    DATED:   December 18th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge