IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

EDWARD P. MATTAR, III, individually and as sole shareholder of BestBank, Boulder, Colorado and Effective Management Systems, Inc., a dissolved Nevada Corporation;
THOMAS ALAN BOYD;
CENTURY FINANCIAL GROUP, INC., a Delaware corporation;
DOUGLAS R. BETZ; and
GLENN M. GALLANT,
BERWYN HOLDINGS, INC., a Delaware corporation, and
LORI A. BOYD, an individual,

    Defendants.

_____

## ORDER ON RECOMMENDATION
_____

Pursuant to the Status Report [Doc. 521], it is

ORDERED that plaintiff shall file a status report on settlement negotiations on or before June 30, 2016.

    DATED:  April 6, 2016

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior District Judge