IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 98-cv-02374-RPM
(Consolidated with 00-cv-00584-RPM and 02-cv-01618-RPM

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BestBank, Boulder, Colorado,

    Plaintiff,

v.

THOMAS ALAN BOYD,

    Defendant.

_____

FINAL JUDGMENT
_____

    Pursuant to the Order for Entry of Judgment, it is

    ORDERED AND ADJUDGED that judgment is entered for Plaintiff Federal Deposit Insurance Corporation, as Receiver for BestBank, Boulder, Colorado, and against Defendant Thomas Alan Boyd in the amount of $554,612.50, plus post-judgment interest at the rate of 1.10 per cent per annum.

    DATED:   May 25, 2017

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, Clerk

                                        s/M.V.Wentz
                              By_____
                                         Deputy